UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HILLARY A. BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>JANET CHUNG; LEA ENNIS; VALERIE A. VILLACIN; and SMITH GOODFRIEND, PS,<br><br>Defendants. | C26-2043 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Sanctions, docket no. 37, is DENIED. Defendants Valerie A. Villacin and Smith Goodfriend, PS, and counsel for those Defendants, Jeffrey Kestle, have not violated Federal Rule of Civil Procedure 11(b)(1)–(b)(3) and have presented or maintained factual and legal contentions that are not objectively baseless, devoid of evidentiary support, or directly contradicted by controlling Washington statutory law.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of September, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk